MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
LAQUER, URBAN, CLIFFORD & HODGE LLP
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088

*Counsel for Plaintiffs, Trustees of the
Operating Engineers Pension Trust, et al.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY FUND; and TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN APPRENTICE TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>3B ENGINEERING, LLC, a Nevada limited liability company, d/b/a 3B INSPECTIONS; et al.<br><br>Defendants. | CASE NO. 2:11-cv-00549-LDG-PAL<br><br>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER THEREON |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al., and Defendants, 3B Engineering, LLC d/b/a 3B Inspections; 3B Services Inc., LLC d/b/a 3B Inspections, LLC; and Raymond Brannen, individually, by themselves and through their respective attorneys of record, and subject to the approval and Order of the Court, as follows:

1. A full and final settlement of the above-entitled action has been entered into and agreed to by all parties. Therefore, the parties request that this action be dismissed without prejudice.

2. The parties have executed a Settlement Agreement and Mutual Release setting forth the terms of their agreement. The terms and conditions of the Settlement Agreement and Mutual Release, and all documents referred to or attached thereto, are incorporated herein by this reference.

3. The parties have agreed that this Court shall reserve and retain jurisdiction of this action and the parties to enforce the terms of the Settlement Agreement and Mutual Release executed by the parties herein.

Dated: July __, 2011         LAQUER, URBAN, CLIFFORD & HODGE LLP

                             By: _____
                             Nathan R. Ring, *Counsel for Plaintiffs*

Dated: July __, 2011         MARTIN & ALLISON, LTD.

                             By: _____
                             Noah G. Allison, *Counsel for Defendants*

### ORDER

IT IS HEREBY ORDERED that the above-entitled case be dismissed without prejudice. The Court retains jurisdiction to enforce the terms of the settlement agreement of the parties.

DATED: _____       _____
                             UNITED STATES DISTRICT JUDGE